B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>Uditsky, Jordan N | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9395 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>334 N. Highland Avenue<br>Elmhurst, IL<br><br>ZIP Code 60126 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>DuPage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
□ Corporation (includes LLC and LLP)
□ Partnership
□ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

□ Health Care Business
□ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
□ Railroad
□ Stockbroker
□ Commodity Broker
□ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
□ Chapter 9
□ Chapter 11
□ Chapter 12
□ Chapter 13
□ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
□ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

□ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

□ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

□ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
□ A plan is being filed with this petition.
□ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

□ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □<br>1-49 | □<br>50-99 | □<br>100-199 | ■<br>200-999 | □<br>1,000-5,000 | □<br>5,001-10,000 | □<br>10,001-25,000 | □<br>25,001-50,000 | □<br>50,001-100,000 | □<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | □<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to $50,000 | □<br>$50,001 to $100,000 | □<br>$100,001 to $500,000 | □<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | □<br>$10,000,001 to $50 million | □<br>$50,000,001 to $100 million | □<br>$100,000,001 to $500 million | □<br>$500,000,001 to $1 billion | □<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                        **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Uditsky, Jordan N |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Uditsky, Jordan N |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Jordan N Uditsky
_____
Signature of Debtor  Jordan N Uditsky

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

August 23, 2012
_____
Date

### Signature of Attorney*

X  /s/ Gregory K. Stern
_____
Signature of Attorney for Debtor(s)

Gregory K. Stern 6183380
_____
Printed Name of Attorney for Debtor(s)

Gregory K. Stern, P.C.
_____
Firm Name
53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604

_____
Address

(312) 427-1558  Fax: (312) 427-1289
_____
Telephone Number

August 23, 2012
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re    Jordan N Uditsky _____    Case No. _____
                                   Debtor(s)        Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Jordan N Uditsky
                         Jordan N Uditsky

Date:   August 23, 2012

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    Jordan N Uditsky                                   ,      Case No. _____

                              Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 610,000.00 | | |
| B - Personal Property | Yes | 4 | 72,870.14 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,140,079.64 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 52 | | 1,230,847.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,023.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,090.14 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| | | Total Assets | 682,870.14 | | |
| | | | Total Liabilities | 3,370,926.92 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jordan N Uditsky                       ,      Case No. _____

                                       Debtor

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Jordan N Uditsky                                                          ,    Case No. _____

                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL | Tenancy by the Entirety | J | 610,000.00 | 2,115,629.64 |

|  |  |  | Sub-Total >   610,000.00 | (Total of this page) |
|---|---|---|---|---|
|  |  |  | Total >   610,000.00 |  |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    Jordan N Uditsky                                          ,    Case No. _____

                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on Hand | - | 60.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Northwestern Mutual Investment Services, Brokerage Account # XXX-XX7390 | J | 125.18 |
| | | JP Morgan Chase Bank, Checking Account ending 2936 | J | 530.77 |
| | | JP Morgan Chase Bank, Savings Account ending 2569 | - | 274.08 |
| | | TD Ameritrade, Account ending 9707 | J | 213.35 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 3 TVs, Family Room Set, Entertainment Center, Kitchen Table & Chairs, Office Desk, Chair, Cabinet, Sofa, COmputers, Printer, 4 Bedroom Sets, Piano, Mirrors and Wall Hangings, Cookware, Kitchenware, Applicances, Linens & Misc. Personal Property | J | 1,550.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Necessary Wearing Apparel | - | 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance, Northwestern Mutual, policy ending 3931 | - | 0.00 |
| | | Term Life Insuarnce, Northwestern Mutual, policy ending 9823 | - | 0.00 |

|  | Sub-Total >       3,353.38 |
|---|---|
|  | (Total of this page) |

_3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Jordan N Uditsky                                ,      Case No. _____
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Term Life Insurance, Northwestern Mutual, policy ending 5482 | - | 0.00 |
| | | Variable Universal Life, New England Financial, policy ending 1679 | - | 3,882.56 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Northwestern Mutual Investment Services, Roth IRA Account # XXX-XX7556 | - | 2,625.16 |
| | | Northwestern Mutual Investment Services, IRA Account XXX-XX7416 | - | 43,009.04 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Mass Consumption LLC/Serieis 828 Douglas - 50% membership interest | H | 0.00 |
| | | Mass Comsumption LLC/Seriies Clifton - 50% membership interest | H | 0.00 |
| | | Base J Properties, LLC - 50% membership interest | H | 0.00 |
| | | American Sign & Lighting Co. - 100% Shreholder | H | 0.00 |
| | | American Sign Factory, LLC - 100% membership interest | H | 0.00 |
| | | The Sign Factory, Inc. - 100% shareholder | H | 0.00 |
| | | Facility Service Experts, LLC - 100% membership interest | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >      49,516.76
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,      Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2011 Tax Refund | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 GMC Acadia | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >        20,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 72,870.14 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    Jordan N Uditsky                                           ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| SIngle Family Residence located at 334 N. | 735 ILCS 5/12-901 | 15,000.00 | 610,000.00 |
| Highland Avenue, Elmhurst IL | 735 ILCS 5/12-112 | 100% | |
| | | | |
| **Wearing Apparel** | | | |
| Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| | | | |
| **Interests in Insurance Policies** | | | |
| Variable Universal Life, New England Financial, | 215 ILCS 5/238 | 100% | 3,882.56 |
| policy ending 1679 | 735 ILCS 5/12-1001(f) | 100% | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Northwestern Mutual Investment Services, Roth | 735 ILCS 5/12-1006 | 100% | 2,625.16 |
| IRA Account # XXX-XX7556 | | | |
| | | | |
| Northwestern Mutual Investment Services, IRA | 735 ILCS 5/12-1006 | 43,009.04 | 43,009.04 |
| Account XXX-XX7416 | | | |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2011 Tax Refund | 735 ILCS 5/12-1001(b) | 4,000.00 | Unknown |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2008 GMC Acadia | 735 ILCS 5/12-1001(c) | 2,400.00 | 20,000.00 |

|   |   |   |
|---|---|---|
| Total: | 75,399.32 | 680,116.76 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re    Jordan N Uditsky                                   ,    Case No. _____
                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1747<br><br>Carver Federal Savings Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 | X | J | First Mortgage<br><br>SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL<br><br>Value $              610,000.00 | | | | 393,871.50 | 0.00 |
| Account No.<br><br>Chase Auto Finance<br>PO Box 901076<br>Fort Worth, TX 76101-2076 | | | 11/2010<br><br>Retail Installment COntract<br><br>2008 GMC Acadia<br><br>Value $               20,000.00 | | | | 24,450.00 | 4,450.00 |
| Account No. xxxxxxx1251<br><br>Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45227 | X | J | Equity Line of Credit<br><br>SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL<br><br>Value $              610,000.00 | | | | 121,758.14 | 0.00 |
| Account No.<br><br>Village Bank & Trust<br>234 West Northwest Highway<br>Arlington Heights, IL 60004 | | - | Mortgage<br><br>SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL & New England Financial Life Insurance Policy<br><br>Value $              610,000.00 | | | | 1,600,000.00 | 1,505,629.64 |

__1__  continuation sheets attached

Subtotal
(Total of this page)        2,140,079.64        1,510,079.64

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   Jordan N Uditsky                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| Chuhak & Tecson, PC Attn: Edmund Burke, Esq. 30 South Wacker Suite 2600 Chicago, IL 60606-7413 | | | | Representing: Village Bank & Trust | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,140,079.64 | 1,510,079.64 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    Jordan N Uditsky                                              ,     Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re     Jordan N Uditsky _____ ,     Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Corporate Debt | | | | |
| A-1 Illuminated Sign Company 511 N. Ella Road Spokane, WA 99212 | | | | | X | X | X | 2,259.50 |
| Account No. | | | - | Corporate Debt | | | | |
| A-Max Sign Company 9520 E 55th Place Tulsa, OK 74145 | | | | | X | X | X | 830.00 |
| Account No. | | | - | Corporate Debt | | | | |
| A. Fillinger, Inc. 6740 N. 43rd Street Milwaukee, WI 53209 | | | | | X | X | X | 106.57 |
| Account No. | | | - | Corporate Debt | | | | |
| ABF Freight System, Inc. 825 Commerce Drive South Elgin, IL 60177-2633 | | | | | X | X | X | 7,721.80 |
| _51_ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 10,917.87 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| AC Signs LLC 10201 Rocket Ct Suite 100 Orlando, FL 32824 | - | | | | | X | X | X | 775.81 |
| Account No. | | | | | Corporate Debt | | | | |
| Ace Sign Company 402 N. Fourth Street Springfield, IL 62702 | - | | | | | X | X | X | 150.00 |
| Account No. | | | | | Corporate Debt | | | | |
| ACME Sign & Plastics 402 N. Fourth Street Abilene, TX 79604 | - | | | | | X | X | X | 1,500.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Acme Sign Co., Inc. (IA) 1504 W. 4th Street Davenport, IA 52802 | - | | | | | X | X | X | 1,636.63 |
| Account No. | | | | | Corporate Debt | | | | |
| Acme Sign Inc. P.O. Box 960098 Oklahoma City, OK 73196 | - | | | | | X | X | X | 420.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,482.44 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                         ,        Case No. _____
                            **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Corporate Debt | | | | |
| Aerotek PO Box 198531 Atlanta, GA 30384-8531 | - | | | | | X | X | X | 11,729.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Airgas 923 Villa Street Elgin, IL 60120 | - | | | | | X | X | X | 1,733.82 |
| Account No. | | | | | Corporate Debt | | | | |
| Albrecht Sign Company 7775 E. Main Street Fridley, MN 55432 | - | | | | | X | X | X | 9,447.61 |
| Account No. | | | | | Corporate Debt | | | | |
| All Pro Transportation PO Box 614 Crystal Lake, IL 60039 | - | | | | | X | X | X | 3,645.00 |
| Account No. | | | | | Corporate Debt | | | | |
| All Signs & Graphics 1005 Hope Mills Road Fayetteville, NC 28304 | - | | | | | X | X | X | 2,980.00 |

Sheet no. _2___ of _51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,535.43

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| All Ways Paving & Plowing 7516 W. Bryn Mawr Ave. Chicago, IL 60631 | - | | | | | X | X | X | |
| | | | | | | | | | 1,050.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Allied Waste Services #933 PO Box 9001154 Louisville, KY 40290-1154 | - | | | | | X | X | X | |
| | | | | | | | | | 706.24 |
| Account No. | | | | | Corporate Debt | | | | |
| American First Aid Services 784 Church Road Elgin, IL 60123 | - | | | | | X | X | X | |
| | | | | | | | | | 341.89 |
| Account No. | | | | | Corporate Debt | | | | |
| American Outfitters Ltd. 3700 Sunset Avenue Waukegan, IL 60087 | - | | | | | X | X | X | |
| | | | | | | | | | 505.24 |
| Account No. | | | | | Corporate Debt | | | | |
| American Overhead Door 2125 Hammond Drive Schaumburg, IL 60173 | - | | | | | X | X | X | |
| | | | | | | | | | 318.80 |

Sheet no. __3__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,922.17

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Amperor, Inc. 11320 Neeshaw Drive Houston, TX 77065 | - | | | X | X | X | 9,083.24 |
| Account No. | | | Corporate Debt | | | | |
| Anthony J. Kirk, CPA 100 W. Monroe Street Suite 2012 Chicago, IL 60603 | - | | | X | X | X | 4,250.00 |
| Account No. | | | Corporate Debt | | | | |
| Apex Electric and Sign Company 500 N. Range Line Road Morristown, IN 46161 | - | | | X | X | X | 370.00 |
| Account No. | | | Corporate Debt | | | | |
| Ascher Brothers 3033 West Fletcher Chicago, IL 60618 | - | | | X | X | X | 405.00 |
| Account No. | | | Corporate Debt | | | | |
| AT & T P.O. Box 5080 Carol Stream, IL 60197-5080 | - | | | X | X | X | 160.80 |

Sheet no. __4__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,269.04

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| AT & T PO Box 5019 Carol Stream, IL 60197-5019 | - | | | | | X | X | X | 2,755.94 |
| Account No. | | | | | Corporate Debt | | | | |
| AT & T PO Box 5080 Carol Stream, IL 60197-5080 | - | | | | | X | X | X | 248.30 |
| Account No. | | | | | Corporate Debt | | | | |
| AT & T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | - | | | | | X | X | X | 960.34 |
| Account No. | | | | | 2012 Professional Services | | | | |
| Athletico Ltd. 709 Enterprise Drive Oak Brook, IL 60523 | - | | | | | | | | 43.97 |
| Account No. | | | | | Corporate Debt | | | | |
| Attitude & Experience 1230 M-37 South Traverse City, MI 49685 | - | | | | | X | X | X | 721.28 |

Sheet no. __5__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    4,729.83

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                      ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Avery Brothers Sign Company PO Box 235 Sioux City, IA 51102 | - | | | | X | X | X | |
| | | | | | | | | 200.00 |
| Account No. | | | | Corporate Debt | | | | |
| Baldwin Sign Company PO BOX 6819 Spokane, WA 99217 | - | | | | X | X | X | |
| | | | | | | | | 1,680.24 |
| Account No. | | | | Corporate Debt | | | | |
| Baumgartner Construction, Inc. 30 W. 751 North Aurora Road Naperville, IL 60563 | - | | | | X | X | X | |
| | | | | | | | | 23,130.00 |
| Account No. | | | | Corporate Debt | | | | |
| Big Bolt Corporation 140 Covington Drive Bloomingdale, IL 60108 | - | | | | X | X | X | |
| | | | | | | | | 506.42 |
| Account No. | | | | Corporate Debt | | | | |
| Big Red Machinery Movers, Inc. 3645 W. Elm Street Milwaukee, WI 53209 | - | | | | X | X | X | |
| | | | | | | | | 4,700.00 |

Sheet no. __6__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,216.66

B6F (Official Form 6F) (12/07) - Cont.

In re   Jordan N Uditsky                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Bluecross Blueshield of Illinois 25550 Network Place Chicago, IL 60673-1255 | | - | | X | X | X | 36,091.45 |
| Account No. | | | Corporate Debt | | | | |
| Bobs Bullet Boring 3701 Charlemaine Drive Aurora, IL 60504 | | - | | X | X | X | 3,600.00 |
| Account No. | | | Corporate Debt | | | | |
| Branham Sign Company Inc. 127 Cypress Street Reynoldsburg, OH 43068 | | - | | X | X | X | 3,627.25 |
| Account No. | | | Corporate Debt | | | | |
| Bruce Neon Sign Company John P. Bruce 40525 254th Ave Mitchell, SD 57301 | | - | | X | X | X | 1,800.00 |
| Account No. | | | Corporate Debt | | | | |
| Brunswick Sign & Exhibit Corp. 1510 Jersey Avenue North Brunswick, NJ 08902 | | - | | X | X | X | 780.00 |

| | | |
|---|---|---|
| Sheet no. _7__ of _51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 45,898.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>C.W. Olson and Company<br>1701 Golf Road<br>Tower 3, 7th Floor<br>Rolling Meadows, IL 60008 | X | - | | 2012<br>Gurantee of Corporate Debt | | | | 13,116.76 |
| Account No.<br><br>Kieth R. Krider, Esq.<br>Stein Ray LLP<br>222 West ADmas Street, Suite 1800<br>Chicago, IL 60606 | | | | Representing:<br>C.W. Olson and Company | | | | Notice Only |
| Account No. xxxx xxxx xxxx 8445<br><br>Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | X | - | | 2012 & Prior Years<br>Corporate Debt | | | | 5,012.47 |
| Account No.<br><br>CCP Industries<br>PO Box 6500<br>Cleveland, OH 44101 | | - | | Corporate Debt | X | X | X | 418.13 |
| Account No.<br><br>Central Office Systems<br>W223 N777 Saratoga Drive<br>Waukesha, WI 53186 | | - | | Corporate Debt | X | X | X | 315.74 |

Sheet no. __8___ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,863.10

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Central Steel and Wire PO Box 5100 Chicago, IL 60680-5100 | | - | | | X | X | X | |
| | | | | | | | | 1,058.19 |
| Account No. | | | | Corporate Debt | | | | |
| Chain Store Guide, LLC PO BOX 741318 Atlanta, GA 30374-1318 | | - | | | X | X | X | |
| | | | | | | | | 1,500.00 |
| Account No. | | | | Corporate Debt | | | | |
| Champion Energy 4749 Solutions Center #774749 Chicago, IL 60677-4007 | | - | | | X | X | X | |
| | | | | | | | | 3,195.35 |
| Account No. xxxxxxxx-xxxxxxxx & xxxx3291 | X | J | | 2012 & prior year Periodic Purchases | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | | | | |
| | | | | | | | | 18,696.11 |
| Account No. xxxx xxxx xxxx 8771 | | J | | 2012 & prior years Periodic Purchases | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | | | | |
| | | | | | | | | 13,522.34 |

Sheet no. __9__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,971.99

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. xxxx xxxx xxxx 8597<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | X | | J | | 2011 & prior years<br>Periodic Purchases/Business Debt | | | | 28,419.25 |
| Account No.<br><br>Chase<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | | | Corporate Debt | X | X | X | 1,148.03 |
| Account No. xxxx xxxx xxxx 3291<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | X | - | | | 2012 & Prior years<br>Periodic Purchases | | | | 18,197.89 |
| Account No.<br><br>Chicago International Trucks<br>PO Box 87618<br>Dept. #10271<br>Chicago, IL 60680-0618 | | - | | | Corporate Debt | X | X | X | 788.06 |
| Account No.<br><br>Chicago Office Technology Group<br>PO Box 5940<br>Lock Box #20-COE 001<br>Carol Stream, IL 60197-5940 | | - | | | Corporate Debt | X | X | X | 291.74 |

Sheet no. __10__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,844.97

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Corporate Debt | X | X | X | |
| CIMCO 16333 Collections Center Drive Chicago, IL 60693 | | | | | | | | 1,190.12 |
| Account No. | | | - | Corporate Debt | X | X | X | |
| Citi Cards PO BOX 182564 Columbus, OH 43218-2564 | | | | | | | | 141.11 |
| Account No. xxxxxxx255-3 | | | - | Corporate Debt - Note Related to Property located at 404 Charles Street, Sycamore, Illinois | | | | |
| CitiMortgage, Inc. P.O. Box 6243 Sioux Falls, SD 57117 | | | | | | | | 114,097.75 |
| Account No. | X | | - | Listed For Notice Purposes - related to real property located at 951 Rigeway Avenue, Aurora, IL  60506 | X | X | X | |
| CitiMortgage, Inc. P.O. Box 6243 Sioux Falls, SD 57117 | | | | | | | | 0.00 |
| Account No. | | | | Representing: CitiMortgage, Inc. | | | | Notice Only |
| Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | | | | |

Sheet no. __11__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,428.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| City of Elgin P.O. BOX 88025 Chicago, IL 60680-1025 | - | | | | | X | X | X | 601.55 |
| Account No. | | | | | Corporate Debt | | | | |
| City of Milwaukee PO BOX 3268 Milwaukee, WI 53201-3268 | - | | | | | X | X | X | 657.24 |
| Account No. | | | | | Corporate Debt | | | | |
| City Sign Erectors 2824 3 Mile Road NW Grand Rapids, MI 49534 | - | | | | | X | X | X | 200.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Clete Long Enterprises 10651 S. Nicholson Road Oak Creek, WI 53154 | - | | | | | X | X | X | 275.00 |
| Account No. | | | | | Corporate Debt | | | | |
| CNA Surety PO BOX 802876 Chicago, IL 60680-2876 | - | | | | | X | X | X | 38.63 |

Sheet no. __12__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          1,772.42

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Coffman Truck Sales, Inc. 1149 West Lake Street Aurora, IL 60507-0151 | - | | | | X | X | X | 1,570.69 |
| Account No. | | | | Corporate Debt | | | | |
| Comcast PO Box 3002 Southeastern, PA 19398-3002 | - | | | | X | X | X | 132.90 |
| Account No. | | | | Corporate Debt | | | | |
| ComEd PO Box 6111 Carol Stream, IL 60197-6111 | - | | | | X | X | X | 1,372.04 |
| Account No. | | | | Corporate Debt | | | | |
| Commonwealth Sign Co. 1824 Berry Boulevard Louisville, KY 40215 | - | | | | X | X | X | 1,626.30 |
| Account No. | | | | Corporate Debt | | | | |
| Complete Sign & Light PO BOX 897 Kennesaw, GA 30156 | - | | | | X | X | X | 150.00 |

Sheet no. _13_ of _51_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,851.93

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Computerized Cutters CCIH, Inc. 2900 Guilder Drive Plano, TX 75074 | - | | | | | X | X | X | 15,458.50 |
| Account No. | | | | | Corporate Debt | | | | |
| Consolidated Electrical Distr. PO BOX 489 Lemont, IL 60439-9998 | - | | | | | X | X | X | 10,032.96 |
| Account No. | | | | | Corporate Debt | | | | |
| Corporate Image Sign Service PO BOX 384 Richmond, IL 60071 | - | | | | | X | X | X | 2,634.50 |
| Account No. | | | | | Corporate Debt | | | | |
| Creative Sign 505 Lawernce Drive De Pere, WI 54115 | - | | | | | X | X | X | 356.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Daktronics 201 Daktronics Drive Brookings, SD 57006 | - | | | | | X | X | X | 1,611.25 |

Sheet no. __14__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    30,093.21

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Davis Signs & Neon ATTN: Gary Davis 3514 McNiel Ave Wichita Falls, TX 76308 | | - | | X | X | X | 6,495.00 |
| Account No. | | | Contstruction Contract | | | | |
| Dell Financial Services Payment Processing Center P.O. Box 5292 Carol Stream, IL 60197 | | - | | X | X | X | 1,946.55 |
| Account No. | | | Corporate Debt | | | | |
| DES Employment Group 201 E. Army Trail Road Suite 102 Bloomingdale, IL 60108 | | - | | X | X | X | 4,349.23 |
| Account No. | | | Corporate Debt | | | | |
| Designs & Signs by Anderson 104 West Madison Street Ottawa, IL 61350 | | - | | X | X | X | 150.00 |
| Account No. | | | Corporate Debt - Lease | | | | |
| DFS Acceptance P.O. Box 5292 Carol Stream, IL 60197 | X | - | | X | X | X | 0.00 |

Sheet no. __15__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,940.78

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Direct Image Signs, Inc. 7820 Maddock Road PO Box 39623 North Ridgeville, OH 44039 | - | | | | X | X | X | 1,320.00 |
| Account No. | | | | Corporate Debt | | | | |
| Dubuque Sign Co. 210 Cedar Cross Road Dubuque, IA 52003 | - | | | | X | X | X | 310.37 |
| Account No. | | | | Corporate Debt | | | | |
| Eder Flag MFG PO Box 689575 Milwaukee, WI 53268-9575 | - | | | | X | X | X | 275.52 |
| Account No. | | | | Corporate Debt | | | | |
| EFreight Solutions, LLC PO BOX 3710 Grapevine, TX 76099 | - | | | | X | X | X | 1,657.24 |
| Account No. | | | | Corporate Debt | | | | |
| Elgin Spring Company 154 N. Edison Avenue Elgin, IL 60123 | - | | | | X | X | X | 3,879.66 |

Sheet no. __16__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        7,442.79

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                    ,      Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Epco Paint Wallpaper & Blinds 24196 Network Place Chicago, IL 60673 | - | | | | | X | X | X | 363.87 |
| Account No. | | | | | Corporate Debt | | | | |
| Everbrite, Inc. Bin #88164 Milwaukee, WI 53288-0164 | - | | | | | X | X | X | 390.09 |
| Account No. | | | | | Corporate Debt | | | | |
| Everywhere Signs 2630 N. Walnut Street Bloomington, IN 47404 | - | | | | | X | X | X | 200.00 |
| Account No. | | | | | Corporate Debt | | | | |
| EWS Welding Supply, Inc. 1161 McCabe Elk Grove Village, IL 60007 | - | | | | | X | X | X | 37.84 |
| Account No. | | | | | Corporate Debt | | | | |
| Falcon Leasing PO BOX 790448 Saint Louis, MO 63179-0448 | - | | | | | X | X | X | 3,022.70 |

Sheet no. __17__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          4,014.50

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | 2011 Corporate Debt | | | | |
| Falcon Leasing LLC Attn Amy Summerfield 1310 Madrid Street Marshall, MN 56258 | X | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | - | Corporate Debt | | | | |
| Fastenal Company 752 Indusrial Drive Elmhurst, IL 60126 | | | | | X | X | X | |
| | | | | | | | | 218.20 |
| Account No. | | | - | Corporate Debt | | | | |
| Federal Express P.O. Box 94515 Palatine, IL 60094-4515 | | | | | X | X | X | |
| | | | | | | | | 601.23 |
| Account No. | | | - | Corporate Debt | | | | |
| Fedex Freight Deptch P.O. Box 10306 Palatine, IL 60055-0306 | | | | | X | X | X | |
| | | | | | | | | 1,189.39 |
| Account No. | | | - | Corporate Debt | | | | |
| Fleetpride PO Box 847118 Dallas, TX 75284-7118 | | | | | X | X | X | |
| | | | | | | | | 2,646.57 |

Sheet no. __18__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,655.39

B6F (Official Form 6F) (12/07) - Cont.

In re     Jordan N Uditsky                                          ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Foundation Drilling Company, Inc. 215 Industrial Lane Wheeling, IL 60090 | | - | | X | X | X | 9,300.00 |
| Account No. | | | Corporate Debt | | | | |
| Fox Bluff Corp Center Owner's 1900 South Highland Avenue Suite 104 Lombard, IL 60148 | | - | | X | X | X | 923.33 |
| Account No. | | | Corporate Debt | | | | |
| Frans Sign Pro LLC E1205 Rojan Lane Luxemburg, WI 54217-8274 | | - | | X | X | X | 344.00 |
| Account No. | | | Corporate Debt | | | | |
| Freeman's Signs 7078 Gallen W. Drive Avon, IN 46123 | | - | | X | X | X | 653.78 |
| Account No. | | | Corporate Debt | | | | |
| Friendly Signs, Inc. 1281 North Schuyler Avenue Kankakee, IL 60901 | | - | | X | X | X | 653.78 |

Sheet no. __19__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       11,874.89

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Gatwood Crane Service, Inc. 2345 E. Hamilton Rd Arlington Heights, IL 60005 | - | | | | X | X | X | 1,567.50 |
| Account No. | | | | Corporate Debt | | | | |
| Gemini Inc. 103 Mensing Way Cannon Falls, MN 55009-1143 | - | | | | X | X | X | 10,952.52 |
| Account No. | | | | Corporate Debt | | | | |
| General Lighting 2701 NW 1st Street Oklahoma City, OK 73107 | - | | | | X | X | X | 1,173.50 |
| Account No. | | | | Corporate Debt | | | | |
| GFP Warehouse, LLC Bruce Gendelmen Co. C/O GFP Warehouse 10335 N. Port Washington Thiensville, WI 53092 | - | | | | X | X | X | 39,217.10 |
| Account No. | | | | Corporate Debt | | | | |
| Giovanni Gullo Family Trust 1100 Landmeier Road Elk Grove Village, IL 60007 | - | | | | X | X | X | 273.61 |

Sheet no. __20__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,184.23

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Global Sign Works<br>9142 ?N 84th Drive<br>Peoria, AZ 85345 | - | | | | Corporate Debt | X | X | X | 3,348.41 |
| Account No. xxxxx6199<br><br>Gottlieb Memorial Hospital<br>702 West North Avenue<br>Melrose Park, IL 60160 | - | | | | 2012<br>Professional Services | | | | 269.35 |
| Account No.<br><br>Grainger<br>Dept. 136 - 801554858<br>Palatine, IL 60038-0001 | - | | | | Corporate Debt | X | X | X | 286.57 |
| Account No.<br><br>Gregory<br>200 S. Regier Street<br>PO Box 410<br>Buhler, KS 67522 | - | | | | Corporate Debt | X | X | X | 5,444.57 |
| Account No.<br><br>Gullo International Development<br>1100 Landmeier Road<br>Elk Grove Village, IL 60007 | - | | | | Corporate Debt | X | X | X | 50,044.50 |

Sheet no. __21__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,393.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                ,      Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| H&P Brickwork, Inc. 803 Vertin Blvd. Shorewood, IL 60404 | - | | | | X | X | X | 3,125.00 |
| Account No. | | | | Corporate Debt | | | | |
| Henry Incorporated 2285 Park Central Blvd. Decatur, GA 30035 | - | | | | X | X | X | 4,702.00 |
| Account No. | | | | Corporate Debt | | | | |
| HILTI PO BOX 382002 Pittsburgh, PA 15250-8002 | - | | | | X | X | X | 701.30 |
| Account No. | | | | Corporate Debt | | | | |
| Hoigaard's Custom canvas Awings 14600 Martin Drive Eden Prairie, MN 55344 | - | | | | X | X | X | 1,967.50 |
| Account No. | | | | Corporate Debt | | | | |
| Hollywood Crane Services, Inc. PO Box 414 Chicago Ridge, IL 60415 | - | | | | X | X | X | 1,430.00 |

Sheet no. __22__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,925.80

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                            ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Home Depot Credit Card Services<br>PO Box 182676<br>Columbus, OH 43218 | - | | | Corporate Debt | X | X | X | 4,644.61 |
| Account No. xxxx xxxx xxxx 8522<br><br>Home Depot Credit Services<br>P.O. Box 653000<br>Dallas, TX 75265-3000 | X | J | | 2012 & prior years<br>Periodic Purchases/Business Debt | | | | 4,648.08 |
| Account No.<br><br>Northland Group, Inc.<br>P.O. Box 390905<br>Edina, MN 55439 | | | | Representing:<br>Home Depot Credit Services | | | | Notice Only |
| Account No.<br><br>HumanaDental Ins. Co<br>PO Box 0884<br>Carol Stream, IL 60132-0884 | - | | | Corporate Debt | X | X | X | 5,048.26 |
| Account No.<br><br>Hung Rignt Inc.<br>ATTN: Martin Thompson<br>805 Muller Road<br>Westminster, MD 21157 | - | | | Corporate Debt | X | X | X | 1,176.00 |

Sheet no. __23__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,516.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                     ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2012 Corporate Debt | | | | |
| IBEW  Local 134 600 West Washington Chicago, IL 60661 | | - | | | | | | 0.00 |
| Account No. | | | | 2012 Corporate Debt | | | | |
| IBEW Local 701 28600 Bella Vista Parkway #1000 Warrenville, IL 60555 | X | - | | | | | X | 28,988.90 |
| Account No. | | | | Representing: IBEW Local 701 | | | | Notice Only |
| Arnold and Kadjan 203 North LaSalle Street Suite 1650 Chicago, IL 60601 | | | | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Illiana Sign Company 7945 Jackson Ave. Munster, IN 46321 | | - | | | X | X | X | 1,678.30 |
| Account No. | | | | Corporate Debt | | | | |
| Illini HI Reach, Inc. 13633 Main Street Lemont, IL 60439 | | - | | | X | X | X | 3,475.00 |

Sheet no. __24__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,142.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                          ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2011 - 2012 Corporate Debt | | | | |
| Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | X | - | | | | | | 2,881.56 |
| Account No. | | | | Corporate Debt | | | | |
| Illinoisjobs.com 4621 S. A1A, #7401 Port Orange, FL 32127 | | - | | | X | X | X | 278.00 |
| Account No. | | | | Corporate Debt | | | | |
| Image Copier Services, Inc. 945 National Ave Addison, IL 60101 | | - | | | X | X | X | 471.69 |
| Account No. | | | | Corporate Debt | | | | |
| Infinity Sign Systems 1551 N. Courtney Road Unit B-4 Independence, MO 64050 | | - | | | X | X | X | 3,589.70 |
| Account No. x3190 | | | | Business Debt - Note Related to Real Property located at 828 Douglas, Aurora, Illinois | | | | |
| Inland Bank 5456 S. LaGrange Road La Grange, IL 60525 | X | - | | | | | | 85,515.00 |

Sheet no. __25__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,735.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Install This Sign Co. 4835 Lyndale Ave North Minneapolis, MN 55430 | - | | | | X | X | X | 3,325.00 |
| Account No. | | | | Corporate Debt | | | | |
| Interweld 5839 N. 94th Street Milwaukee, WI 53225 | - | | | | X | X | X | 7,228.00 |
| Account No. | | | | Corporate Debt | | | | |
| Jim's Electric 8296 Industrial Park Road Baxter, MN 56425 | - | | | | X | X | X | 213.03 |
| Account No. | | | | Corporate Debt | | | | |
| K Komfort, LLC 3950 N. Jolton St. Milwaukee, WI 53212 | - | | | | X | X | X | 620.44 |
| Account No. | | | | Corporate Debt | | | | |
| Kacoa Landscaping, Inc. 1008 Persimmon Drive Genoa, IL 60135 | - | | | | X | X | X | 885.00 |

Sheet no. __26__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,271.47

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                        ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Kessler Sign Company PO Box 785 Zanesville, OH 43702-0785 | - | | | | | X | X | X | 407.50 |
| Account No. | | | | | Corporate Debt | | | | |
| Keyedin Solutions 5001 American Blvd. W Suite 1010 Minneapolis, MN 55437 | - | | | | | X | X | X | 3,000.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Konstructor, LLC 219 W. Aspen St. Grafton, WI 53024 | - | | | | | X | X | X | 200.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Loxcreen Metalsource PO Box 651320 Charlotte, NC 28265-1320 | - | | | | | X | X | X | 12,003.57 |
| Account No. | | | | | Corporate Debt | | | | |
| Lumificient Corporation 8752 Monticello Lane North Maple Grove, MN 55369 | - | | | | | X | X | X | 38.33 |

Sheet no. __27__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                15,649.40

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                        ,          Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  M.Y. Neon LLC  205 W. Oak Street  Grafton, WI 53024 | | - | Corporate Debt | X | X | X | 990.00 |
| Account No.  Mailing Solutions  PO Box 4510  Carol Stream, IL 60197-4510 | | - | Corporate Debt | X | X | X | 205.25 |
| Account No.  Marino Sign Company, Inc.  904 Grand Central Avenue  Elmira, NY 14901 | | - | Corporate Debt | X | X | X | 1,366.20 |
| Account No.  Marsters Signs  808 East Main Street  Danville, IL 61832 | | - | Corporate Debt | X | X | X | 774.46 |
| Account No.  MC-JS II, LLC  c/o Milton M. Blumenthal & Associates  105 West Madison Street  Suite 10004  Chicago, IL 60602 | X | - | 2012  Corporate Debt | X | X | X | 33,118.00 |

Sheet no. 28 of 51 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  36,453.91

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Mernards PO Box 5219 Carol Stream, IL 60197-5219 | - | | | | | X | X | X | 246.62 |
| Account No. | | | | | Corporate Debt | | | | |
| Meyer Material Company DEPT. CH 16434 Palatine, IL 60055-6434 | - | | | | | X | X | X | 239.26 |
| Account No. | | | | | Corporate Debt | | | | |
| Michael Brady Inc. Sign Engineering Department 229 N. Weisgarber Road Knoxville, TN 37919-4013 | - | | | | | X | X | X | 2,605.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Mid-States Nut & Bolt Co., Inc. P. O. Box 2160 Glen Ellyn, IL 60138 | - | | | | | X | X | X | 7,855.10 |
| Account No. | | | | | Corporate Debt | | | | |
| MidWest Moving and Storage, Inc. 1255 Tonne Road Elk Grove Village, IL 60007 | - | | | | | X | X | X | 1,819.00 |

Sheet no. __29__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,764.98

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Midwest Security & Fire Inc. PO BOX 189 Orland Park, IL 60462-0189 | - | | | | | X | X | X | 779.98 |
| Account No. | | | | | Corporate Debt | | | | |
| Midwest Sign & Screen 16405 W. Lincoln Ave New Berlin, WI 53151 | - | | | | | X | X | X | 2,059.20 |
| Account No. | | | | | Corporate Debt | | | | |
| Midwest Sunray Sign & Lighting 4762 Chain of Rocks Rd. Edwardsville, IL 62025-7575 | - | | | | | X | X | X | 300.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Milliken Wholesale Distribution 101 South McCall Road Englewood, FL 34223 | - | | | | | X | X | X | 5,105.29 |
| Account No. | | | | | Corporate Debt | | | | |
| Milllerbernd Systems 330 6th St. P.O. Box 37 Winsted, MN 55395 | - | | | | | X | X | X | 9,584.37 |

Sheet no. __30__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,828.84

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky
                                                                         ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| MilwaukeeJobs.com 23811 Netwrk Place Chicago, IL 60673-1238 | - | | | X | X | X | 1,250.00 |
| Account No. | | | Corporate Debt | | | | |
| Monitor Sign Service, Inc. 316 North Division PO Box 61 Mattoon, IL 61938 | - | | | X | X | X | 2,428.00 |
| Account No. | | | Corporate Debt | | | | |
| Moshe Calamaro & Associates Inc. 930 Pitner Suite 7 Evanston, IL 60202 | - | | | X | X | X | 1,000.00 |
| Account No. | | | Corporate Debt | | | | |
| NAPA Auto Parts 1100 West Spring Street South Elgin, IL 60177 | - | | | X | X | X | 2,301.41 |
| Account No. | | | Corporate Debt | | | | |
| National Awning and Sign LLC 2413 North Main Street Suite D Fort Worth, TX 76164 | - | | | X | X | X | 4,510.00 |

Sheet no. __31__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           11,489.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Neher Electric Supply, Inc. 3629 N. Teutonia Ave Milwaukee, WI 53206 | - | | | | X | X | X | 4,627.50 |
| Account No. | | | | Corporate Debt | | | | |
| Nesper Signs 4620 J Street South West Cedar Rapids, IA 52404 | - | | | | X | X | X | 1,597.99 |
| Account No. | | | | Corporate Debt | | | | |
| NEXTEL (Sprint) PO BOX 4181 Aurora, IL 60507-4181 | - | | | | X | X | X | 2,332.38 |
| Account No. | | | | Corporate Debt | | | | |
| Nicor PO BOX 0632 Chicago, IL 60607-0632 | - | | | | X | X | X | 4,365.19 |
| Account No. | | | | Corporate Debt | | | | |
| NM Sign Supply (NEON MATLS) DEPT 20-7039 Carol Stream, IL 60197-5997 | - | | | | X | X | X | 181,925.45 |

Sheet no. __32__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          194,848.51

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Noel McDonald Signs PO BOX 276557 San Antonio, TX 78227 | | - | | X | X | X | |
| | | | | | | | 3,639.32 |
| Account No. | | | 2011 Guaranty of Corporate Lease | | | | |
| North Star Trust Co./Trust #07-11108 500 West Madison Street Suite 3150 Chicago, IL 60661 | X | J | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | | | | | |
| Martin Schaner 260 Knox Park Lake Zurich, IL 60047 | | | Representing: North Star Trust Co./Trust #07-11108 | | | | Notice Only |
| Account No. | | | Corporate Debt | | | | |
| Northern Virginia Development Servicing 202-C Lane Ct. Sterling, VA 20166 | | - | | X | X | X | |
| | | | | | | | 300.00 |
| Account No. | | | Corporate Debt | | | | |
| Northwestern Lake Forest Hospital 660 N. Westmrlnd Road Lake Forest, IL 60045-1659 | | - | | X | X | X | |
| | | | | | | | 1,765.00 |

Sheet no. __33__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,704.32

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Northwestern Tire & Lube<br>41W869 U.S. Highway 20<br>Hampshire, IL 60140 | - | | | X | X | X | 507.80 |
| Account No. | | | Corporate Debt | | | | |
| NTN Signs<br>ATTN: Timothy Ross<br>135 West Center Street<br>Whitewater, WI 53190 | - | | | X | X | X | 783.00 |
| Account No. | | | Corporate Debt | | | | |
| Occupational Health Provena<br>Provena St. Joseph Hospital<br>77 N. Airlite<br>Elgin, IL 60123 | - | | | X | X | X | 95.00 |
| Account No. | | | Corporate Debt | | | | |
| Odegard Crane & Display<br>3333 Roanoke Road<br>Kansas City, MO 64111-3724 | - | | | X | X | X | 1,018.56 |
| Account No. | | | Corporate Debt | | | | |
| OEM Controls, Inc.<br>PO BOX 894<br>Shelton, CT 06484 | - | | | X | X | X | 550.00 |

Sheet no. __34__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          2,954.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Omaha Neon Sign 1120 N. 18th Street Omaha, NE 68102 | - | | | | | X | X | X | 5,096.35 |
| Account No. | | | | | Corporate Debt | | | | |
| OPARC Computers 1051 E. Lake St. Hanover Park, IL 60133 | - | | | | | X | X | X | 36.13 |
| Account No. | | | | | Corporate Debt | | | | |
| Ozinga Ready Mix Concrete Inc. PO BOX 910 Frankfort, IL 60423 | - | | | | | X | X | X | 443.00 |
| Account No. | | | | | Corporate Debt | | | | |
| P & D Sign, Inc. 1708 4th Street Peru, IL 61354 | - | | | | | X | X | X | 2,279.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Paetec (Mcleod USA) PO Box 3243 Milwaukee, WI 53201-3243 | - | | | | | X | X | X | 2,053.99 |

Sheet no. __35__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,908.47

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                           ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Pannier 345 Oak Road Gibsonia, PA 15044 | - | | | | X | X | X | 1,716.65 |
| Account No. | | | | Corporate Debt | | | | |
| Passion Transportation 87 Honing Road Fox Lake, IL 60020 | - | | | | X | X | X | 47,479.00 |
| Account No. | | | | Corporate Debt | | | | |
| Paul Signs Inc. 654 4th Avenue Brooklyn, NY 11232-1004 | - | | | | X | X | X | 375.00 |
| Account No. | | | | Corporate Debt | | | | |
| Pest Arrest Exterminating PO Box 244 Mequon, WI 53092 | - | | | | X | X | X | 240.00 |
| Account No. | | | | Corporate Debt | | | | |
| Phillips Sign Service Inc. 1803 Rapides Avenue Alexandria, LA 71301 | - | | | | X | X | X | 312.00 |

Sheet no. __36__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          50,122.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Pinnacle Signs & Graphics, Inc. 5507 Ranch Drive Suite 101 Little Rock, AR 72223 | - | | | | X | X | X | 195.30 |
| Account No. | | | | Corporate Debt | | | | |
| Piros Signs, Inc. 1818 HWY M Barnhart, MO 63012 | - | | | | X | X | X | 2,520.00 |
| Account No. | | | | Corporate Debt | | | | |
| Pitney Bowes Global Financial Services PO BOX 371887 Pittsburgh, PA 15250-7887 | - | | | | X | X | X | 1,154.49 |
| Account No. | | | | Corporate Debt | | | | |
| Point Imaging Group, Inc. 1701 Northwind Parkway Hobart, IN 46342 | - | | | | X | X | X | 1,600.00 |
| Account No. | | | | Corporate Debt | | | | |
| Post Hole Unlimited, Inc. 6939 South Loomis Road Waterford, WI 53185 | - | | | | X | X | X | 750.00 |

Sheet no. __37__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    6,219.79

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Postema Sign & Graphics Japhil, Inc. 7475 South Division Ave Grand Rapids, MI 49548 | - | | | | | X | X | X | 1,710.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Powersign Classic Neon 533 E Virginia Ave Glendora, CA 91741 | - | | | | | X | | | 275.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Premier Civil Engineering 1155 Wentzville Parkway Suite 103 Wentzville, MO 63385 | - | | | | | X | X | X | 150.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Premier Sign Systems 10 Excel Drive Rochester, NY 14621 | - | | | | | X | X | X | 10,972.80 |
| Account No. | | | | | Corporate Debt | | | | |
| Prodigy Lighting & Sign LLC 3535 14th Avenue Kenosha, WI 53140 | - | | | | | X | X | X | 1,540.58 |

Sheet no. __38__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            14,648.38

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                                    ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                              | | | | Corporate Debt | | | | |
| Professional Permits 115 S Main Street Suite 203 Mishawaka, IN 46544 | | - | | | X | X | X | 3,736.06 |
| Account No.                                              | | | | Corporate Debt | | | | |
| Quality Neon Signs 1350 Oakwood Ave Des Plaines, IL 60016 | | - | | | X | X | X | 1,136.00 |
| Account No.                                              | | | | Corporate Debt | | | | |
| R & R Laminating 407 Stevens Street Geneva, IL 60134 | | - | | | X | X | X | 247.50 |
| Account No.                                              | | | | Corporate Debt | | | | |
| Rainbow Refreshments, Inc. 2039-B Foster Avenue Wheeling, IL 60090 | | - | | | X | X | X | 87.52 |
| Account No.                                              | | | | Corporate Debt | | | | |
| Rentacrate, LLC 22 Century Blvd Suite 420 Nashville, TN 37214 | | - | | | X | X | X | 140.00 |

Sheet no. __39__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,347.08

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                      ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Republic Services PO Box 9001154 Louisville, KY 40290-1154 | - | | | | | X | X | X | |
| | | | | | | | | | 1,290.23 |
| Account No. | | | | | 2012 Corporate Debt | | | | |
| Ring Central, Inc. 999 Baker Way, 5th Floor San Mateo, CA 94404 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Rite Lite Signs, Inc. 1000 Biscayne Drive Concord, NC 28027 | - | | | | | X | X | X | |
| | | | | | | | | | 752.80 |
| Account No. | | | | | Corporate Debt | | | | |
| RJW Transport , Inc. 11240 Katherine's Crossing Suite 400 Woodridge, IL 60517 | - | | | | | X | X | X | |
| | | | | | | | | | 935.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Roadway Towing & SVC Inc 1600 N LaFox South Elgin, IL 60177 | - | | | | | X | X | X | |
| | | | | | | | | | 681.00 |

Sheet no. __40__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,659.03

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Corporate Debt | | | | |
| Ron Jones Electric 695 Schneider Drive South Elgin, IL 60177 | - | | | | X | X | X | 8,189.00 |
| Account No. | | | | Corporate Debt | | | | |
| RWL Sign Company 6185 West KL Avenue Kalamazoo, MI 49009-6060 | - | | | | X | X | X | 4,936.00 |
| Account No. | | | | Corporate Debt | | | | |
| Ryerson 500 South 88th Street Milwaukee, WI 53214 | - | | | | X | X | X | 5,059.32 |
| Account No. | | | | Corporate Debt | | | | |
| S & S Lighting Maintenance Company Inc. 1514 W. Devereux Peoria, IL 61614 | - | | | | X | X | X | 400.00 |
| Account No. | | | | Corporate Debt | | | | |
| S & T Holdings Inc. DBA Signs & Things 3649 Progress Avenue Naples, FL 34104 | - | | | | X | X | X | 2,063.20 |

Sheet no. __41__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,647.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                          ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Safegard Exterminating Co. 100 Lively Blvd. Elk Grove Village, IL 60007-1621 | - | | | | | X | X | X | |
| | | | | | | | | | 53.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Safeguard Business Systems PO BOX 88043 Chicago, IL 60680 | - | | | | | X | X | X | |
| | | | | | | | | | 124.96 |
| Account No. | | | | | Corporate Debt | | | | |
| Sam;s 24 Hour Towing Service 9500 Franklin Ave Franklin Park, IL 60131 | - | | | | | X | X | X | |
| | | | | | | | | | 456.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Schwartz Electric Inc. DBA T and J Electric Co Inc. 2627 Allentown Road Pekin, IL 61554 | - | | | | | X | X | X | |
| | | | | | | | | | 255.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Service One Access Inc. 2850 West Fulton Street Chicago, IL 60612 | - | | | | | X | X | X | |
| | | | | | | | | | 1,670.00 |

Sheet no. __42__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,558.96

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx6-567<br><br>Shell Card Center<br>P.O. Box 689081<br>Des Moines, IA 50368-9081 | - | | 2012<br>Corporate Debt | | | | 811.79 |
| Account No.<br><br>Shred-It USA Inc.<br>115 W Lake Drive<br>Ste. 200<br>Glendale Heights, IL 60139 | - | | Corporate Debt | X | X | X | 40.00 |
| Account No.<br><br>Sign Art Company Inc.<br>2933 Mondavi Road<br>Eau Claire, WI 54701 | - | | Corporate Debt | X | X | X | 2,200.00 |
| Account No.<br><br>Sign Technologies, Inc.<br>DBA Hightech Signs<br>3502 New Boston Road<br>Texarkana, TX 75501 | - | | Corporate Debt | X | X | X | 1,775.56 |
| Account No.<br><br>Sign-a-Rama<br>272 N 12th St.<br>Suite 100<br>Milwaukee, WI 53233 | - | | Corporate Debt | X | X | X | 150.00 |

Sheet no. __43__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           4,977.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                          ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| Signs Now 700 20th Street Rockford, IL 61104 | - | | | X | X | X | 229.59 |
| Account No. | | | Corporate Debt | | | | |
| Signs Plus 1410 SE Diehl Ave Des Moines, IA 50320 | - | | | X | X | X | 640.59 |
| Account No. | | | Corporate Debt | | | | |
| Signs Unlimited PO BOX 7364 Charlotte, NC 28241 | - | | | X | X | X | 2,419.44 |
| Account No. | | | Corporate Debt | | | | |
| Signworks Jack Martin's 109 E Fifth Street Hanford, CA 93230 | - | | | X | X | X | 3,975.50 |
| Account No. | | | Corporate Debt | | | | |
| Skylight Signs Inc 35 Regency Oaks Blvd Rochester, NY 14624 | - | | | X | X | X | 440.00 |

Sheet no. __44__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,705.12

Case 12-36208   Doc 1   Filed 09/12/12   Entered 09/12/12 16:52:27   Desc Main
Document   Page 62 of 116

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                        ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| SMG - Security Management Group 120 King Street Elk Grove Village, IL 60007 | | - | | X | X | X | 480.00 |
| Account No. | | | Corporate Debt | | | | |
| Spectrum on Broadway, Inc. 30-05 Vernon Boulvard Astoria, NY 11102 | | - | | X | X | X | 4,107.72 |
| Account No. | | | Corporate Debt | | | | |
| Staples Advantage Dept Det PO BOX 83689 Chicago, IL 83689 | | - | | X | X | X | 2,014.49 |
| Account No. | | | 2012 Coporate Debt | | | | |
| State of Wisconsin Dept. of Revenue 819 6th Street, Room 408 Milwaukee, WI 53203 | X | - | | X | X | X | 10,903.95 |
| Account No. | | | Guaranty of Corporate Debt | | | | |
| Sure-Light Service Co. dba Sure Lght Sgn Attn: Martine G. Schaner 260 Knox Park Lake Zurich, IL 60047 | | - | | X | X | X | Unknown |

Sheet no. _45_ of _51_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,506.16

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                            ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Representing: | | | | |
| Howard E. Gilbert & Associates, Ltd. 3315 Algonquin Road, #202 Rolling Meadows, IL 60008 | | | | | Sure-Light Service Co. dba Sure Lght Sgn | | | | Notice Only |
| Account No. | | | | | Corporate Debt | | | | |
| T Ham Sign PO Box 155 Mount Vernon, IL 62864 | - | | | | | X | X | X | 783.49 |
| Account No. | | | | | Corporate Debt | | | | |
| Talley-Anchor Sign Company 1044 Ruritan Blvd Chesapeake, VA 23324 | - | | | | | X | X | X | 6,030.48 |
| Account No. | | | | | Corporate Debt | | | | |
| Tapco Traffic & Prkg Control 800 Wall Street Elm Grove, WI 53122 | - | | | | | X | X | X | 527.75 |
| Account No. xx2654 | | | | | Corporate Debt | | | | |
| Terrace Supply Company 1397 W Glenlake Ave Elm Grove, WI 53122 | - | | | | | X | X | X | 5,667.56 |

Sheet no. __46__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           13,009.28

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| The Awning Shop PO BOX 2572 Shelby, NC 28151 | - | | | | | X | X | X | 1,985.00 |
| Account No. | | | | | Corporate Debt | | | | |
| The Wagner Companies 10600 West Brown Deer Rd Milwaukee, WI 53224 | - | | | | | X | X | X | 975.39 |
| Account No. | | | | | Corporate Debt | | | | |
| Time Business System Inc. 916 Central Avenue Roselle, IL 60172 | - | | | | | X | X | X | 507.50 |
| Account No. | | | | | Corporate Debt | | | | |
| Time Savers Inc PO BOX 88469 Chicago, IL 60680 | - | | | | | X | X | X | 1,050.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Time Warner Cable PO Box 3237 Milwaukee, WI 53201-3237 | - | | | | | X | X | X | 144.03 |

Sheet no. __47__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     4,661.92

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Corporate Debt | | | | |
| TMI Office Systems 512 N Braintree Drive Schaumburg, IL 60194 | - | | | X | X | X | 165.00 |
| Account No. | | | Corporate Debt | | | | |
| Todd Signs 5147 Miller Trunk HWY Duluth, MN 55811 | - | | | X | X | X | 200.00 |
| Account No. | | | Corporate Debt | | | | |
| Toenjes Brick Contracting 3040 Forest Hill School Road Millstadt, IL 62260 | - | | | X | X | X | 4,200.00 |
| Account No. | | | Corporate Debt | | | | |
| Tower Lakes Village Hall 400 N Highway 59 Barrington, IL 60010 | - | | | X | X | X | 300.00 |
| Account No. | | | Corporate Debt | | | | |
| TRI Vantage LLC 75 Remittance Drive Suite 6102 Chicago, IL 60675-6102 | - | | | X | X | X | 20,814.79 |
| Sheet no. __48__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 25,679.79 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Uline 2200 South Lakeside Drive Waukegan, IL 60085 | - | | | | X | X | X | 829.69 |
| Account No. | | | | Corporate Debt | | | | |
| US Enigma Janitorial Services 73 Riverside Drive Elgin, IL 60123 | - | | | | X | X | X | 1,880.00 |
| Account No. | | | | Corporate Debt | | | | |
| Valley Hydraulic Service Inc 610 Stevenson Road South Elgin, IL 60177 | - | | | | X | X | X | 138.98 |
| Account No. | | | | Corporate Debt | | | | |
| Veolia Environmental Services PO BOX 6484 Carol Stream, IL 60197-6484 | - | | | | X | X | X | 1,863.03 |
| Account No. | | | | Corporate Debt | | | | |
| Village Bank & Trust Loan Department 311 S Arlington Heights Arlington Heights, IL 60004 | - | | | | X | X | X | 496.25 |

Sheet no. __49__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,207.95

B6F (Official Form 6F) (12/07) - Cont.

In re   Jordan N Uditsky
_____,      Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate Debt | | | | |
| Village Pewaukee 235 Hickory St Pewaukee, WI 53072 | - | | | | | X | X | X | 306.58 |
| Account No. | | | | | Corporate Debt | | | | |
| VIP Construction Group LLC 6411 W Spring St Thiensville, WI 53092 | - | | | | | X | X | X | 240.00 |
| Account No. | | | | | Corporate Debt | | | | |
| Wagner Zip-Change Inc 3100 Hirsch Melrose Park, IL 60160 | - | | | | | X | X | X | 335.73 |
| Account No. | | | | | Corporate Debt | | | | |
| We Energies 231 W Michigan Street Milwaukee, WI 53290-0001 | - | | | | | X | X | X | 4,900.09 |
| Account No. | | | | | Corporate Debt | | | | |
| Weld Specialty Supply Corp 8929 N 107th Street Milwaukee, WI 53224-9033 | - | | | | | X | X | X | 243.25 |

Sheet no. __50__ of __51__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      6,025.65

B6F (Official Form 6F) (12/07) - Cont.

In re    Jordan N Uditsky                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate Debt | | | | |
| Wright Express PO BOX 6293 Carol Stream, IL 60197-6293 | - | | | | X | X | X | |
| | | | | | | | | 11,696.97 |
| Account No. | | | | Corporate Debt | | | | |
| WV Sign Maintenance LLC 13 Woodridge EST Huntington, WV 25704-9720 | - | | | | X | X | X | |
| | | | | | | | | 910.00 |
| Account No. | | | | Corporate Debt | | | | |
| Xerox Financial Services LLC PO BOX 202882 Dallas, TX 75320-2882 | - | | | | X | X | X | |
| | | | | | | | | 1,764.39 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __51__ of __51__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 14,371.36 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,230,847.28 |

B6G (Official Form 6G) (12/07)

.

In re   Jordan N Uditsky                                        ,        Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   Jordan N Uditsky                       ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| American Sign & Lighting Co.<br>123 King Street<br>Elk Grove Village, IL 60007 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| American Sign & Lighting Co.<br>123 King Street<br>Elk Grove Village, IL 60007 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| American Sign & Lighting Co.<br>123 King Street<br>Elk Grove Village, IL 60007 | IBEW Local 701<br>28600 Bella Vista Parkway<br>#1000<br>Warrenville, IL 60555 |
| American Sign & Lighting Co.<br>123 King Street<br>Elk Grove Village, IL 60007 | C.W. Olson and Company<br>1701 Golf Road<br>Tower 3, 7th Floor<br>Rolling Meadows, IL 60008 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | Home Depot Credit Services<br>P.O. Box 653000<br>Dallas, TX 75265-3000 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | DFS Acceptance<br>P.O. Box 5292<br>Carol Stream, IL 60197 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | Falcon Leasing LLC<br>Attn Amy Summerfield<br>1310 Madrid Street<br>Marshall, MN 56258 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | North Star Trust Co./Trust #07-11108<br>500 West Madison Street<br>Suite 3150<br>Chicago, IL 60661 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | MC-JS II, LLC<br>c/o Milton M. Blumenthal & Associates<br>105 West Madison Street<br>Suite 10004<br>Chicago, IL 60602 |
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |

1

_____ continuation sheets attached to Schedule of Codebtors

In re    Jordan N Uditsky                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| American Sign Factory, LLC<br>123 King Street<br>Elk Grove Village, IL 60007 | State of Wisconsin<br>Dept. of Revenue<br>819 6th Street, Room 408<br>Milwaukee, WI 53203 |
| Barbara Uditsky<br>334 N. Highland Avenue<br>Elmhurst, IL 60126 | Carver Federal Savings Bank<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047 |
| Barbara Uditsky<br>334 N. Highland Avenue<br>Elmhurst, IL 60126 | Fifth Third Bank<br>5050 Kingsley Drive<br>Cincinnati, OH 45227 |
| Barbara Uditsky<br>334 N. Highland Avenue<br>Elmhurst, IL 60126 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| Barbara Uditsky<br>334 N. Highland Avenue<br>Elmhurst, IL 60126 | Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| WIlliam Kluth<br>551 South Cedar Avenue<br>Elmhurst, IL 60126 | CitiMortgage, Inc.<br>P.O. Box 6243<br>Sioux Falls, SD 57117 |
| WIlliam Kluth<br>551 South Cedar Avenue<br>Elmhurst, IL 60126 | Inland Bank<br>5456 S. LaGrange Road<br>La Grange, IL 60525 |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   Jordan N Uditsky _____   Case No. _____
                          Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Son<br>Daughter | AGE(S):<br>11<br>4<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Unemployed | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 0.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
|     b. Insurance | $ | 0.00 | $ | N/A |
|     c. Union dues | $ | 0.00 | $ | N/A |
|     d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance<br>(Specify): Unemployment Compensation | $ | 2,023.67 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,023.67 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,023.67 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,023.67 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Jordan N Uditsky                                                    Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,038.02 |
| a. Are real estate taxes included? | Yes ___  No  X | | |
| b. Is property insurance included? | Yes ___  No  X | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 175.00 |
| b. Water and sewer | | $ | 60.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  Cable/Internet/Phone | | $ | 243.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 550.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 30.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 21.99 |
| b. Life | | $ | 265.00 |
| c. Health | | $ | 1,083.89 |
| d. Auto | | $ | 154.66 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)   Real Estate Taxes | | $ | 907.99 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 554.28 |
| b. Other  Equity Line of Credit | | $ | 206.31 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  Haircuts, Persoanl Items | | $ | 100.00 |
| Other  School Supplies, Activities, Etc. | | $ | 200.00 |

| | | | |
|---|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 7,090.14 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ | 2,023.67 |
| b.   Average monthly expenses from Line 18 above | | $ | 7,090.14 |
| c.   Monthly net income (a. minus b.) | | $ | -5,066.47 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re   Jordan N Uditsky _____     Case No. _____
                                       Debtor(s)          Chapter    7 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   68   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 23, 2012 _____      Signature    /s/ Jordan N Uditsky _____
                                                                     Jordan N Uditsky
                                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jordan N Uditsky

Debtor(s)

Case No.

Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| $81,872.00 | 2010: Wages |
| $85,000.00 | 2011: Wages |
| $36,923.27 | 2012: Wages (through 6/15/12) |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $17,336.00 | 2010:  Taxable Interest ($33); Ordinary Dividends ($334); IRA Distributions ($10,000); Pension Disbursements ($6,969) |
| $95,000.00 | 2011:  IRA DIstributions |
| $3,269.00 | 2012:  Unemployment Compensation (thru 8/16/2012) |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Carver Federal Savings Bank 1 Corporate Drive, Suite 360 Lake Zurich, IL 60047 | July - September 2012 | $6,114.06 | $393,871.50 |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CitiMortgage, Inc. v. William J. Kluth, et al., Case No. 11 CH 4484 | Mortgage Foreclosure | Circuit Court for the 16th Judicial Circuit, Kane County | Pending |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Trustees of the Pension, Welfare and Vacation Fringe Benefits from IBEW of Local 701 v. American Sign & Lighting Co. and Jordan Uditsky, Case No. 12 cv 43330 | Contract | United States District Court, Northern District of Illinois | Pending |
| C.W. Olson & Company and Benefit Security Insurance Company, v. Americah Sign & Lighting Co., Jordan Uditsky and Todd Jackson, Case No. 12 L 8894 | Contract | Circuit COurt of Cook COunty, Law Division | Pending |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | July 2012 | $3,500.00 + Costs ($374.00) |

#### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Brokerage Account Sales | 07/26/12 - 07/27/12 | Stock sales from TD Ameritrade Account; $14,750.00 |
| None | | |
| Barbara Uditsky<br>334 N. Highland Avenue<br>Elmhurst, IL 60126<br>Wife | 08/02/12 | Transfer of $7,375.00 from joint Chase checking account of funds representing wife's 1/2 share of net proceeds from sale of stock from TD Ameritrade Account |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Mass Consumption LLC/ Series 828 Douglas | 26-3525951 | 334 N. Highland Avenue Elmhurst, IL 60126 | Property Management | 2009 - Present |
| Mass Consumption LLC/Series Clifton | 71-1032909 | 334 N. Highland Avenue Elmhurst, IL 60126 | Property Management | 2007 - Present |
| Highland Avenue Capital LLC | 27-1003252 | 334 N. Hghland Ave. Elmhurst, IL 60126 | Business Investment (No business operations) | 2009 - 2011 |
| Base J Properties, LLC | 26-3576192 | 334 North Highland Avenue Elmhurst, IL 60126 | Property Management (Involuntarily Dissolved 2011) | 2008 - Present |
| American Sign & Lighting Co, | 20-1053724 | 123 King Street Elk Grove Village, IL 60007 | Sign/Lighting Business | 2004 - June 2012 |
| The Sign Factory Inc. | 39-1566028 | 4811 West Woolworth Avenue Milwaukee, WI 53218 | Sign/Lighting Business | 2007 - June 2012 |
| Facility Service Experts, LLC | | fka Amican Image Care, LLC 123 King Street Elk Grove Village, IL 60007 | Maintenance | 2009 - 2012 |
| American Sign Factory, LLC | | 123 King Street Elk Grove Village, IL 60007 | Sign/Lighting Business | 2007 - June 2012 |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Don S. Archiable, CPA<br>337 N. Highland Avenue<br>Elmhurst, IL 60126 | 2012 & prior years |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

8

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   August 23, 2012          Signature   /s/ Jordan N Uditsky

Jordan N Uditsky

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jordan N Uditsky              Case No. _____
                                       Debtor(s)       Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:** Carver Federal Savings Bank | **Describe Property Securing Debt:** SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt       ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:** Chase Auto Finance | **Describe Property Securing Debt:** 2008 GMC Acadia |
|---|---|

Property will be (check one):
- ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other. Explain  Retain Collateral and Continue to Make Payments  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt       ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Village Bank & Trust | **Describe Property Securing Debt:**<br>SIngle Family Residence located at 334 N. Highland Avenue, Elmhurst IL & New England Financial Life Insurance Policy |

Property will be (check one):
  ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  Retain Collateral and Negotiate Settlement with Creditor   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  August 23, 2012                        Signature  /s/ Jordan N Uditsky
                                                        Jordan N Uditsky
                                                        Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   Jordan N Uditsky                   Case No. _____

                                Debtor(s)          Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00* |
| Prior to the filing of this statement I have received | $ | 3,500.00 |
| Balance Due | $ | 0.00* |

*Plus additional fees per hourly schedule

2.   The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         All services in Chapter 7 case

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: None.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   August 23, 2012                 /s/ Gregory K. Stern
                                          Gregory K. Stern 6183380
                                          Gregory K. Stern, P.C.
                                          53 West Jackson Boulevard
                                          Suite 1442
                                          Chicago, IL 60604
                                          (312) 427-1558  Fax: (312) 427-1289

## ATTORNEY CLIENT AGREEMENT

THIS AGREEMENT, made on August 23, 2012, is hereby entered into between Jordan N. Uditsky (the "Client"), 334 N. Highland Avenue, Elmhurst, Illinois, DuPage County, and Gregory K. Stern, P.C. (the "Attorneys"), 53 West Jackson Boulevard, Chicago, Illinois.

1.   The Client has agreed to pay the Attorneys a fee for professional services rendered pursuant to paragraph 2 hereof. The fee shall be based and calculated on the Attorneys' standard hourly rates as in effect from time to time. At present the hourly rates are as follows: $435.00 for services provided by Gregory K. Stern, $400.00 for services provided by Monica C. O'Brien and $300.00 for services rendered by Christina M. Riepel.   The Client agrees to tender a non-refundable advance payment minimum fee of $3,500.00, contemporaneous with execution of this Attorney Client Agreement and that the Attorneys accept on the conditions herein enumerated and for deposit into the Attorneys' general operating account.  In the event that there are balances owing to the Attorneys for professional services in excess of the non-refundable advance payment minimum fee, then the Attorneys shall bill the Client and the Client shall pay said bill within seven (7) days of receipt thereof.

2. The fee represents compensation for professional services, which include, but are not limited to: meetings with the Client; analyzing case for filing under Chapter 7 or 13; reviewing assets, liabilities, loan and other documentation, preparation of Petition, Schedules, Statement of Financial Affairs, Chapter 7 Individual Debtor's Statement of Intention, Statement of Social Security Number(s), Notice To Individual Consumer Debtor Under §342(b), Statement of Current Monthly Income and Means Test Calculation, Declaration Regarding Electronic Filing and Certificate of Counseling and miscellaneous documents; negotiating reaffirmation and redemption agreements; drafting/presenting motion(s) to avoid non-purchase money lien, representation at meeting of creditors, in any adversary proceeding, in a motion to dismiss pursuant to §707 for "abuse", in any investigation of assets, liabilities, books and records conducted by the United States Trustee, after entry of the "Discharge Order" in enforcing the discharge against creditor including taxing authorities contesting discharge of tax indebtedness; and, maintenance of the Client's file with regard to the Chapter 7.

3.   The fee does not include reasonable costs and expenses, which include but are not limited to filing fees, court costs, copying, postage, Westlaw expenses, credit counseling certification fees, pre-discharge financial management course fees or credit report fees, which costs, if advanced by the Attorney, shall be reimbursed to the Attorneys by the Client.

4. Any modification of this Agreement is void unless it is in writing and is signed by both parties.


_____
Jordan N. Uditsky


_____
Gregory K. Stern, P.C.

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Jordan N Uditsky      Case No.
           Debtor(s)    Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Jordan N Uditsky          X   /s/ Jordan N Uditsky      August 23, 2012
Printed Name(s) of Debtor(s)          Signature of Debtor      Date

Case No. (if known)          X
         Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jordan N Uditsky          Case No.
                    Debtor(s)     Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:            258

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   August 23, 2012            /s/ Jordan N Uditsky
                                     Jordan N Uditsky
                                     Signature of Debtor

A-1 Illuminated Sign Company
511 N. Ella Road
Spokane, WA 99212


A-Max Sign Company
9520 E 55th Place
Tulsa, OK 74145


A. Fillinger, Inc.
6740 N. 43rd Street
Milwaukee, WI 53209


ABF Freight System, Inc.
825 Commerce Drive
South Elgin, IL 60177-2633


AC Signs LLC
10201 Rocket Ct
Suite 100
Orlando, FL 32824


Ace Sign Company
402 N. Fourth Street
Springfield, IL 62702


ACME Sign & Plastics
402 N. Fourth Street
Abilene, TX 79604


Acme Sign Co., Inc. (IA)
1504 W. 4th Street
Davenport, IA 52802


Acme Sign Inc.
P.O. Box 960098
Oklahoma City, OK 73196


Aerotek
PO Box 198531
Atlanta, GA 30384-8531


Airgas
923 Villa Street
Elgin, IL 60120

Albrecht Sign Company
7775 E. Main Street
Fridley, MN 55432


All Pro Transportation
PO Box 614
Crystal Lake, IL 60039


All Signs & Graphics
1005 Hope Mills Road
Fayetteville, NC 28304


All Ways Paving & Plowing
7516 W. Bryn Mawr Ave.
Chicago, IL 60631


Allied Waste Services #933
PO Box 9001154
Louisville, KY 40290-1154


American First Aid Services
784 Church Road
Elgin, IL 60123


American Outfitters Ltd.
3700 Sunset Avenue
Waukegan, IL 60087


American Overhead Door
2125 Hammond Drive
Schaumburg, IL 60173


Amperor, Inc.
11320 Neeshaw Drive
Houston, TX 77065


Anthony J. Kirk, CPA
100 W. Monroe Street
Suite 2012
Chicago, IL 60603


Apex Electric and Sign Company
500 N. Range Line Road
Morristown, IN 46161

Arnold and Kadjan
203 North LaSalle Street
Suite 1650
Chicago, IL 60601


Ascher Brothers
3033 West Fletcher
Chicago, IL 60618


AT & T
P.O. Box 5080
Carol Stream, IL 60197-5080


AT & T
PO Box 5019
Carol Stream, IL 60197-5019


AT & T
PO Box 5080
Carol Stream, IL 60197-5080


AT & T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Athletico Ltd.
709 Enterprise Drive
Oak Brook, IL 60523


Attitude & Experience
1230 M-37 South
Traverse City, MI 49685


Avery Brothers Sign Company
PO Box 235
Sioux City, IA 51102


Baldwin Sign Company
PO BOX 6819
Spokane, WA 99217


Baumgartner Construction, Inc.
30 W. 751 North Aurora Road
Naperville, IL 60563

Big Bolt Corporation
140 Covington Drive
Bloomingdale, IL 60108


Big Red Machinery Movers, Inc.
3645 W. Elm Street
Milwaukee, WI 53209


Bluecross Blueshield of Illinois
25550 Network Place
Chicago, IL 60673-1255


Bobs Bullet Boring
3701 Charlemaine Drive
Aurora, IL 60504


Branham Sign Company Inc.
127 Cypress Street
Reynoldsburg, OH 43068


Bruce Neon Sign Company
John P. Bruce
40525 254th Ave
Mitchell, SD 57301


Brunswick Sign & Exhibit Corp.
1510 Jersey Avenue
North Brunswick, NJ 08902


C.W. Olson and Company
1701 Golf Road
Tower 3, 7th Floor
Rolling Meadows, IL 60008


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285


Carver Federal Savings Bank
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047


CCP Industries
PO Box 6500
Cleveland, OH 44101

Central Office Systems
W223 N777 Saratoga Drive
Waukesha, WI 53186


Central Steel and Wire
PO Box 5100
Chicago, IL 60680-5100


Chain Store Guide, LLC
PO BOX 741318
Atlanta, GA 30374-1318


Champion Energy
4749 Solutions Center
#774749
Chicago, IL 60677-4007


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase
PO Box 15153
Wilmington, DE 19886-5153


Chase Auto Finance
PO Box 901076
Fort Worth, TX 76101-2076


Chicago International Trucks
PO Box 87618
Dept. #10271
Chicago, IL 60680-0618


Chicago Office Technology Group
PO Box 5940
Lock Box #20-COE 001
Carol Stream, IL 60197-5940


Chuhak & Tecson, PC
Attn: Edmund Burke, Esq.
30 South Wacker
Suite 2600
Chicago, IL 60606-7413

CIMCO
16333 Collections Center Drive
Chicago, IL 60693


Citi Cards
PO BOX 182564
Columbus, OH 43218-2564


CitiMortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117


City of Elgin
P.O. BOX 88025
Chicago, IL 60680-1025


City of Milwaukee
PO BOX 3268
Milwaukee, WI 53201-3268


City Sign Erectors
2824 3 Mile Road NW
Grand Rapids, MI 49534


Clete Long Enterprises
10651 S. Nicholson Road
Oak Creek, WI 53154


CNA Surety
PO BOX 802876
Chicago, IL 60680-2876


Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Coffman Truck Sales, Inc.
1149 West Lake Street
Aurora, IL 60507-0151


Comcast
PO Box 3002
Southeastern, PA 19398-3002

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commonwealth Sign Co.
1824 Berry Boulevard
Louisville, KY 40215


Complete Sign & Light
PO BOX 897
Kennesaw, GA 30156


Computerized Cutters CCIH, Inc.
2900 Guilder Drive
Plano, TX 75074


Consolidated Electrical Distr.
PO BOX 489
Lemont, IL 60439-9998


Corporate Image Sign Service
PO BOX 384
Richmond, IL 60071


Creative Sign
505 Lawernce Drive
De Pere, WI 54115


Daktronics
201 Daktronics Drive
Brookings, SD 57006


Davis Signs & Neon
ATTN: Gary Davis
3514 McNiel Ave
Wichita Falls, TX 76308


Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197

DES Employment Group
201 E. Army Trail Road
Suite 102
Bloomingdale, IL 60108


Designs & Signs by Anderson
104 West Madison Street
Ottawa, IL 61350


DFS Acceptance
P.O. Box 5292
Carol Stream, IL 60197


Direct Image Signs, Inc.
7820 Maddock Road
PO Box 39623
North Ridgeville, OH 44039


Dubuque Sign Co.
210 Cedar Cross Road
Dubuque, IA 52003


Eder Flag MFG
PO Box 689575
Milwaukee, WI 53268-9575


EFreight Solutions, LLC
PO BOX 3710
Grapevine, TX 76099


Elgin Spring Company
154 N. Edison Avenue
Elgin, IL 60123


Epco Paint Wallpaper & Blinds
24196 Network Place
Chicago, IL 60673


Everbrite, Inc.
Bin #88164
Milwaukee, WI 53288-0164


Everywhere Signs
2630 N. Walnut Street
Bloomington, IN 47404

EWS Welding Supply, Inc.
1161 McCabe
Elk Grove Village, IL 60007


Falcon Leasing
PO BOX 790448
Saint Louis, MO 63179-0448


Falcon Leasing LLC
Attn Amy Summerfield
1310 Madrid Street
Marshall, MN 56258


Fastenal Company
752 Indusrial Drive
Elmhurst, IL 60126


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


Fedex Freight
Deptch P.O. Box 10306
Palatine, IL 60055-0306


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Fleetpride
PO Box 847118
Dallas, TX 75284-7118


Foundation Drilling Company, Inc.
215 Industrial Lane
Wheeling, IL 60090


Fox Bluff Corp Center Owner's
1900 South Highland Avenue
Suite 104
Lombard, IL 60148


Frans Sign Pro LLC
E1205 Rojan Lane
Luxemburg, WI 54217-8274

Freeman's Signs
7078 Gallen W. Drive
Avon, IN 46123


Friendly Signs, Inc.
1281 North Schuyler Avenue
Kankakee, IL 60901


Gatwood Crane Service, Inc.
2345 E. Hamilton Rd
Arlington Heights, IL 60005


Gemini Inc.
103 Mensing Way
Cannon Falls, MN 55009-1143


General Lighting
2701 NW 1st Street
Oklahoma City, OK 73107


GFP Warehouse, LLC
Bruce Gendelmen Co.
C/O GFP Warehouse
10335 N. Port Washington
Thiensville, WI 53092


Giovanni Gullo Family Trust
1100 Landmeier Road
Elk Grove Village, IL 60007


Global Sign Works
9142 ?N 84th Drive
Peoria, AZ 85345


Gottlieb Memorial Hospital
702 West North Avenue
Melrose Park, IL 60160


Grainger
Dept. 136 - 801554858
Palatine, IL 60038-0001

Gregory
200 S. Regier Street
PO Box 410
Buhler, KS 67522


Gullo International Development
1100 Landmeier Road
Elk Grove Village, IL 60007


H&P Brickwork, Inc.
803 Vertin Blvd.
Shorewood, IL 60404


Henry Incorporated
2285 Park Central Blvd.
Decatur, GA 30035


HILTI
PO BOX 382002
Pittsburgh, PA 15250-8002


Hoigaard's Custom canvas Awings
14600 Martin Drive
Eden Prairie, MN 55344


Hollywood Crane Services, Inc.
PO Box 414
Chicago Ridge, IL 60415


Home Depot Credit Card Services
PO Box 182676
Columbus, OH 43218


Home Depot Credit Services
P.O. Box 653000
Dallas, TX 75265-3000


Howard E. Gilbert & Associates, Ltd.
3315 Algonquin Road, #202
Rolling Meadows, IL 60008


HumanaDental Ins. Co
PO Box 0884
Carol Stream, IL 60132-0884

Hung Rignt Inc.
ATTN: Martin Thompson
805 Muller Road
Westminster, MD 21157


IBEW  Local 134
600 West Washington
Chicago, IL 60661


IBEW Local 701
28600 Bella Vista Parkway
#1000
Warrenville, IL 60555


Illiana Sign Company
7945 Jackson Ave.
Munster, IN 46321


Illini HI Reach, Inc.
13633 Main Street
Lemont, IL 60439


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinoisjobs.com
4621 S. A1A, #7401
Port Orange, FL 32127


Image Copier Services, Inc.
945 National Ave
Addison, IL 60101


Infinity Sign Systems
1551 N. Courtney Road
Unit B-4
Independence, MO 64050


Inland Bank
5456 S. LaGrange Road
La Grange, IL 60525

Install This Sign Co.
4835 Lyndale Ave North
Minneapolis, MN 55430


Interweld
5839 N. 94th Street
Milwaukee, WI 53225


Jim's Electric
8296 Industrial Park Road
Baxter, MN 56425


K Komfort, LLC
3950 N. Jolton St.
Milwaukee, WI 53212


Kacoa Landscaping, Inc.
1008 Persimmon Drive
Genoa, IL 60135


Kessler Sign Company
PO Box 785
Zanesville, OH 43702-0785


Keyedin Solutions
5001 American Blvd. W
Suite 1010
Minneapolis, MN 55437


Kieth R. Krider, Esq.
Stein Ray LLP
222 West ADmas Street, Suite 1800
Chicago, IL 60606


Konstructor, LLC
219 W. Aspen St.
Grafton, WI 53024


Loxcreen Metalsource
PO Box 651320
Charlotte, NC 28265-1320


Lumificient Corporation
8752 Monticello Lane North
Maple Grove, MN 55369

M.Y. Neon LLC
205 W. Oak Street
Grafton, WI 53024


Mailing Solutions
PO Box 4510
Carol Stream, IL 60197-4510


Marino Sign Company, Inc.
904 Grand Central Avenue
Elmira, NY 14901


Marsters Signs
808 East Main Street
Danville, IL 61832


Martin Schaner
260 Knox Park
Lake Zurich, IL 60047


MC-JS II, LLC
c/o Milton M. Blumenthal & Associates
105 West Madison Street
Suite 10004
Chicago, IL 60602


Mernards
PO Box 5219
Carol Stream, IL 60197-5219


Meyer Material Company
DEPT. CH 16434
Palatine, IL 60055-6434


Michael Brady Inc.
Sign Engineering Department
229 N. Weisgarber Road
Knoxville, TN 37919-4013


Mid-States Nut & Bolt Co., Inc.
P. O. Box 2160
Glen Ellyn, IL 60138

MidWest Moving and Storage, Inc.
1255 Tonne Road
Elk Grove Village, IL 60007


Midwest Security & Fire Inc.
PO BOX 189
Orland Park, IL 60462-0189


Midwest Sign & Screen
16405 W. Lincoln Ave
New Berlin, WI 53151


Midwest Sunray Sign & Lighting
4762 Chain of Rocks Rd.
Edwardsville, IL 62025-7575


Milliken Wholesale Distribution
101 South McCall Road
Englewood, FL 34223


Milllerbernd Systems
330 6th St.
P.O. Box 37
Winsted, MN 55395


MilwaukeeJobs.com
23811 Netwrk Place
Chicago, IL 60673-1238


Monitor Sign Service, Inc.
316 North Division
PO Box 61
Mattoon, IL 61938


Moshe Calamaro & Associates Inc.
930 Pitner
Suite 7
Evanston, IL 60202


NAPA Auto Parts
1100 West Spring Street
South Elgin, IL 60177

National Awning and Sign LLC
2413 North Main Street
Suite D
Fort Worth, TX 76164


Neher Electric Supply, Inc.
3629 N. Teutonia Ave
Milwaukee, WI 53206


Nesper Signs
4620 J Street South West
Cedar Rapids, IA 52404


NEXTEL (Sprint)
PO BOX 4181
Aurora, IL 60507-4181


Nicor
PO BOX 0632
Chicago, IL 60607-0632


NM Sign Supply (NEON MATLS)
DEPT 20-7039
Carol Stream, IL 60197-5997


Noel McDonald Signs
PO BOX 276557
San Antonio, TX 78227


North Star Trust Co./Trust #07-11108
500 West Madison Street
Suite 3150
Chicago, IL 60661


Northern Virginia Development Servicing
202-C Lane Ct.
Sterling, VA 20166


Northland Group, Inc.
P.O. Box 390905
Edina, MN 55439


Northwestern Lake Forest Hospital
660 N. Westmrlnd Road
Lake Forest, IL 60045-1659

Northwestern Tire & Lube
41W869 U.S. Highway 20
Hampshire, IL 60140


NTN Signs
ATTN: Timothy Ross
135 West Center Street
Whitewater, WI 53190


Occupational Health Provena
Provena St. Joseph Hospital
77 N. Airlite
Elgin, IL 60123


Odegard Crane & Display
3333 Roanoke Road
Kansas City, MO 64111-3724


OEM Controls, Inc.
PO BOX 894
Shelton, CT 06484


Omaha Neon Sign
1120 N. 18th Street
Omaha, NE 68102


OPARC Computers
1051 E. Lake St.
Hanover Park, IL 60133


Ozinga Ready Mix Concrete Inc.
PO BOX 910
Frankfort, IL 60423


P & D Sign, Inc.
1708 4th Street
Peru, IL 61354


Paetec (Mcleod USA)
PO Box 3243
Milwaukee, WI 53201-3243


Pannier
345 Oak Road
Gibsonia, PA 15044

Passion Transportation
87 Honing Road
Fox Lake, IL 60020


Paul Signs Inc.
654 4th Avenue
Brooklyn, NY 11232-1004


Pest Arrest Exterminating
PO Box 244
Mequon, WI 53092


Phillips Sign Service Inc.
1803 Rapides Avenue
Alexandria, LA 71301


Pinnacle Signs & Graphics, Inc.
5507 Ranch Drive
Suite 101
Little Rock, AR 72223


Piros Signs, Inc.
1818 HWY M
Barnhart, MO 63012


Pitney Bowes Global Financial Services
PO BOX 371887
Pittsburgh, PA 15250-7887


Point Imaging Group, Inc.
1701 Northwind Parkway
Hobart, IN 46342


Post Hole Unlimited, Inc.
6939 South Loomis Road
Waterford, WI 53185


Postema Sign & Graphics
Japhil, Inc.
7475 South Division Ave
Grand Rapids, MI 49548


Powersign Classic Neon
533 E Virginia Ave
Glendora, CA 91741

Premier Civil Engineering
1155 Wentzville Parkway
Suite 103
Wentzville, MO 63385


Premier Sign Systems
10 Excel Drive
Rochester, NY 14621


Prodigy Lighting & Sign LLC
3535 14th Avenue
Kenosha, WI 53140


Professional Permits
115 S Main Street
Suite 203
Mishawaka, IN 46544


Quality Neon Signs
1350 Oakwood Ave
Des Plaines, IL 60016


R & R Laminating
407 Stevens Street
Geneva, IL 60134


Rainbow Refreshments, Inc.
2039-B Foster Avenue
Wheeling, IL 60090


Rentacrate, LLC
22 Century Blvd
Suite 420
Nashville, TN 37214


Republic Services
PO Box 9001154
Louisville, KY 40290-1154


Ring Central, Inc.
999 Baker Way, 5th Floor
San Mateo, CA 94404

Rite Lite Signs, Inc.
1000 Biscayne Drive
Concord, NC 28027


RJW Transport , Inc.
11240 Katherine's Crossing
Suite 400
Woodridge, IL 60517


Roadway Towing & SVC Inc
1600 N LaFox
South Elgin, IL 60177


Ron Jones Electric
695 Schneider Drive
South Elgin, IL 60177


RWL Sign Company
6185 West KL Avenue
Kalamazoo, MI 49009-6060


Ryerson
500 South 88th Street
Milwaukee, WI 53214


S & S Lighting Maintenance Company Inc.
1514 W. Devereux
Peoria, IL 61614


S & T Holdings Inc.
DBA Signs & Things
3649 Progress Avenue
Naples, FL 34104


Safegard Exterminating Co.
100 Lively Blvd.
Elk Grove Village, IL 60007-1621


Safeguard Business Systems
PO BOX 88043
Chicago, IL 60680


Sam;s 24 Hour Towing Service
9500 Franklin Ave
Franklin Park, IL 60131

Schwartz Electric Inc.
DBA T and J Electric Co Inc.
2627 Allentown Road
Pekin, IL 61554


Service One Access Inc.
2850 West Fulton Street
Chicago, IL 60612


Shell Card Center
P.O. Box 689081
Des Moines, IA 50368-9081


Shred-It USA Inc.
115 W Lake Drive
Ste. 200
Glendale Heights, IL 60139


Sign Art Company Inc.
2933 Mondavi Road
Eau Claire, WI 54701


Sign Technologies, Inc.
DBA Hightech Signs
3502 New Boston Road
Texarkana, TX 75501


Sign-a-Rama
272 N 12th St.
Suite 100
Milwaukee, WI 53233


Signs Now
700 20th Street
Rockford, IL 61104


Signs Plus
1410 SE Diehl Ave
Des Moines, IA 50320


Signs Unlimited
PO BOX 7364
Charlotte, NC 28241

Signworks
Jack Martin's
109 E Fifth Street
Hanford, CA 93230


Skylight Signs Inc
35 Regency Oaks Blvd
Rochester, NY 14624


SMG - Security Management Group
120 King Street
Elk Grove Village, IL 60007


Spectrum on Broadway, Inc.
30-05 Vernon Boulvard
Astoria, NY 11102


Staples Advantage
Dept Det
PO BOX 83689
Chicago, IL 83689


State of Wisconsin
Dept. of Revenue
819 6th Street, Room 408
Milwaukee, WI 53203


Sure-Light Service Co. dba Sure Lght Sgn
Attn: Martine G. Schaner
260 Knox Park
Lake Zurich, IL 60047


T Ham Sign
PO Box 155
Mount Vernon, IL 62864


Talley-Anchor Sign Company
1044 Ruritan Blvd
Chesapeake, VA 23324


Tapco Traffic & Prkg Control
800 Wall Street
Elm Grove, WI 53122

Terrace Supply Company
1397 W Glenlake Ave
Elm Grove, WI 53122


The Awning Shop
PO BOX 2572
Shelby, NC 28151


The Wagner Companies
10600 West Brown Deer Rd
Milwaukee, WI 53224


Time Business System Inc.
916 Central Avenue
Roselle, IL 60172


Time Savers Inc
PO BOX 88469
Chicago, IL 60680


Time Warner Cable
PO Box 3237
Milwaukee, WI 53201-3237


TMI Office Systems
512 N Braintree Drive
Schaumburg, IL 60194


Todd Signs
5147 Miller Trunk HWY
Duluth, MN 55811


Toenjes Brick Contracting
3040 Forest Hill School Road
Millstadt, IL 62260


Tower Lakes
Village Hall
400 N Highway 59
Barrington, IL 60010


TRI Vantage LLC
75 Remittance Drive
Suite 6102
Chicago, IL 60675-6102

Uline
2200 South Lakeside Drive
Waukegan, IL 60085


US Enigma Janitorial Services
73 Riverside Drive
Elgin, IL 60123


Valley Hydraulic Service Inc
610 Stevenson Road
South Elgin, IL 60177


Veolia Environmental Services
PO BOX 6484
Carol Stream, IL 60197-6484


Village Bank & Trust
234 West Northwest Highway
Arlington Heights, IL 60004


Village Bank & Trust
Loan Department
311 S Arlington Heights
Arlington Heights, IL 60004


Village Pewaukee
235 Hickory St
Pewaukee, WI 53072


VIP Construction Group LLC
6411 W Spring St
Thiensville, WI 53092


Wagner Zip-Change Inc
3100 Hirsch
Melrose Park, IL 60160


We Energies
231 W Michigan Street
Milwaukee, WI 53290-0001


Weld Specialty Supply Corp
8929 N 107th Street
Milwaukee, WI 53224-9033

```
Wright Express
PO BOX 6293
Carol Stream, IL 60197-6293


WV Sign Maintenance LLC
13 Woodridge EST
Huntington, WV 25704-9720


Xerox Financial Services LLC
PO BOX 202882
Dallas, TX 75320-2882
```